1  Manish Parikh, Esq., SBN 244205
   BORTON PETRINI, LLP
2  Post Office Box 277790
   Sacramento, California 95827
3  3110 Gold Canal Drive, Suite A
   Rancho Cordova, California 95670
4  Tel: (916) 858-1212
   Fax: (916) 858-1252
5  Email: mparikh@bortonpetrini.com

6  Attorneys for Defendants Hilton Worldwide Holdings, Inc.; Hilton Worldwide, Inc.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | FADI HADDAD,                                  | Case No. 2:16-CV-00405-MCE-CKD
12 |                   Plaintiff,                  |
13 | v.                                            | **STIPULATION RE: EXTENSION OF TIME TO FILE AN APPEARANCE ON BEHALF OF DEFENDANT HILTON WORLDWIDE HOLDINGS, INC.**
14 | HILTON WORLDWIDE HOLDINGS, INC.;              |
   | HILTON WORLDWIDE, INC.; and DOES 1-50         |
15 | Inclusive,                                    |
16 |                   Defendants.                 |

17

18         Pursuant to Local Rule 6-144(a) plaintiff FADI HADDAD and defendant HILTON

19 WORLDWIDE HOLDINGS, INC., by and through their respective attorneys of records, Steven J.

20 Lipscomb, Esq. and Manish Parikh, Esq., stipulate as follows:

21         1.     No extension of time has been previously obtained.

22         2.     Defendant Hilton Worldwide Holdings, Inc., is granted an extension to April 22, 2015,

23 to respond or otherwise plead in reference to plaintiff's complaint.

24 ///

25 ///

26 ///

27 ///

28 ///

3. This Stipulation does not apply to Defendant Hilton Worldwide, Inc. A default was entered against Hilton Worldwide, Inc. in this action on March 30, 2016.

IT IS SO STIPULATED effective as of April 5, 2016.

DATED: April     , 2016          ENGSTROM, LIPSCOMB & LACK

By _____
Steven J. Lipscomb, Attorneys for Plaintiff Fadi Haddad

DATED: April     , 2016          BORTON PETRINI, LLP

By _____
Manish Parikh, Attorneys for Defendants Hilton Worldwide Holdings, Inc.; Hilton Worldwide, Inc.

## ORDER

IT IS SO ORDERED.

Dated: April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT