Stephen C. Ruehmann,; SBN 167533
Christine N. Weil, Esq.; SBN 298418
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mparikh@bortonpetrini.com

Attorneys for Defendants Hilton Worldwide Holdings, Inc.; Hilton Worldwide, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI HADDAD,<br><br>             Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC.;<br>HILTON WORLDWIDE, INC.; and DOES 1-50 Inclusive,<br><br>             Defendants. | Case No. 2:16-CV-00405-MCE-CKD<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF DATE; PROPOSED ORDER** |

The parties are informed and believed that the current discovery cutoff date is February 23, 2017. However, both parties agree for good cause to be shown that this deadline will not allow them to complete all necessary discovery and have stipulated to moving the deadline to August 23, 2017.  All other deadlines, including expert discovery, shall follow the Initial Pretrial Scheduling Order from the Court. No prior requests to extend this discovery deadline have been made and this matter has yet to be set for trial.

This case involves a personal injury that is alleged to have occurred at the Hilton Abu Dhabi in the United Arab Emirates. Defendants contend that due to the various locations of key evidence and key witnesses, discovery and investigation is taking longer than anticipated. Corporate defendants, although

located in the United States, must coordinate and communicate with another entity in Abu Dhabi to investigate the claims as well as respond to plaintiff's discovery along with other entities related to the Hilton Abu Dhabi which are likewise located abroad. Furthermore, plaintiff initially obtained healthcare for the subject injury in the United Arab Emirates and in Lebanon and to obtain those records will require coordination with outside counsel to assist in obtaining those records. Subpoenas may need to be served pursuant to the provisions of the Hague Convention.  The process is expected to take several months. Finally, a key eye witness, the masseuse who is alleged to have injured plaintiff, has not been located by defendants. The masseuse is no longer employed by Hilton Abu Dhabi and is believed to be living in Qatar. It is anticipated by defendants that she is likely to be a key witness for defense purposes.

The parties are cooperating with regard to taking foreign and/or out of state depositions.  The parties have agreed to make all party witnesses and third party witnesses (within their control) available for depositions via videoconference and/or teleconference without foreign or out of state deposition commissions, to the extent possible, to save the time and expense of foreign travel.

The parties also wish to engage in meaningful mediation prior to the beginning of expert discovery. The parties are not prepared to mediate this matter based on the current discovery deadline.

DATED:  February     , 2017                BORTON PETRINI, LLP

By____/s/  Stephen C. Ruehmann_____
Stephen C. Ruehmann, Attorneys for
Defendants Hilton Worldwide Holdings, Inc.;
Hilton Worldwide, Inc.

DATED:  February     , 2017                ENGSTROM, LIPSCOMB & LACK

By_____/s/  Steven J. Lipscomb_____
Steven J. Lipscomb, Attorneys for
Plaintiff Fadi Haddad

Good cause appearing, discovery shall be conducted so as to be completed by August 23, 2017.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE