Walter J. Lack, Esq. (SBN 57550)
Steven J. Lipscomb, Esq. (SBN 203266)
Eric R. Bell, Esq. (SBN 299045)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA 90067-4113
Tel: (310) 552-3800 / Fax: (310) 552-9434
slipscomb@elllaw.com; ebell@elllaw.com

Attorneys for Plaintiff,
Fadi Haddad

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI HADDAD,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC.; HILTON WORLDWIDE, INC.; and DOES 1-50 Inclusive,<br><br>　　　　　Defendants. | **CASE NO: 2:16-cv-00405-MCE-CKD**<br><br>**ORDER GRANTING REQUEST TO WITHDRAW PAUL A. TRAINA AS COUNSEL FOR PLAINTIFF** |

　　　The Court has read and considered the Request to Withdraw Paul A. Traina as Counsel for Plaintiff Fadi Haddad. For the reasons stated in the request and for good cause shown,

　　　IT IS HEREBY ORDERED that:

　　　1.　　The request to Withdraw Paul A. Traina as Counsel for Plaintiff Haddad is GRANTED; and

///

2. Attorneys Walter J. Lack, Steven J. Lipscomb, and Eric R. Bell of Engstrom, Lipscomb & Lack will continue to represent Plaintiff Haddad in this matter.

IT IS SO ORDERED.

Dated: August 7, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE